IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                      Criminal Action No. 05-109

KRISTEN NOWACK,

        Defendant.

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From in or around June, 2005, through on or about August 19, 2005, in the District of Delaware, Kristen Nowack, the defendant, while a Postal Service employee, did knowingly steal more than fifty checks valued in excess of $100,000 that were contained in mail that had been entrusted to her for delivery, all in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: December 15, 2005

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE