AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA
V.
KRISTEN NOWACK

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 05-109-GMS

WILMINGTON, DE 19808

*REDACTED*

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time<br>1/5/06 AT 1:00 PM |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

\*\* Please report to the U.S. Marshal's in Room #100 by 12:00 pm.

To answer a(n)
[X] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1709__

Brief description of offense:

THEFT OF MAIL BY A POSTAL EMPLOYEE

RECEIVED 05 DEC 28 A 5:...

FILED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _/s/_ ; Deputy Clerk
Signature of Issuing Officer

at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _via cert_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   1-3-06
           Date

_DW Thomas_
Name of United States Marshal

_B. Vajny_
(by) Deputy United States Marshal

Remarks:

F I L E D
JAN -  2006
U S DISTRICT COURT
DISTRICT OF DELAWARE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 12/85) Summons in a Criminal Case