UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-109-GMS |
| | ) | |
| KRISTEN NOWACK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE THE TIME FOR THE FILING OF PRE-TRIAL MOTIONS AND TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

Defendant, Kristen Nowack, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court to issue an order that enlarges the time period for the filing of pre-trial motions by 25 days from February 3, 2006 to February 28, 2006. Defendant moves to exclude this 25 day time period from the Speedy Trial Act calculations. This additional period of time will allow the Defense sufficient time to review discovery and investigate the allegations in this action. Ms. Nowack submits the following in support thereof:

1. Ms. Nowack was indicted on December 15, 2005 for one count of stealing more than 50 checks while employed by the United States Postal Service. Ms. Nowack requires additional time to review discovery and investigate the allegations in this action. Ms. Nowack moves to enlarge the time period for the filing of pre-trial motions to February 28, 2006 and for the exclusion of this additional 25 day time period from the calculations of the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1). Ms. Nowack asserts that such a time exclusion in the interests of justice.

2. AUSA Beth Moskow-Schnoll does not oppose this motion.

WHEREFORE, Ms. Nowack respectfully requests the Court to issue an order that enlarges

the time period for the filing of pre-trial motions by 25 days from February 3, 2006 to February 28, 2006 and excludes this time period from the Speedy Trial Act calculations.

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Kristen Nowack

Dated: February 3, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on February 3, 2006 to:

Beth Moskow-Schnoll, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Kristen Nowack