UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-109-GMS |
| | ) | |
| KRISTEN NOWACK, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this _____ day of February, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before February 28, 2006. This additional 25 day time period is hereby excluded from the Speedy Trial Act calculations.

Judge Gregory M. Sleet

cc:  AUSA Beth Moskow-Schnoll
     AFPD Christopher Koyste