UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-109-GMS |
| | ) | |
| KRISTEN NOWACK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this 3rd day of February, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before February 28, 2006. This additional 25 day time period is hereby excluded from the Speedy Trial Act calculations.

_____
Judge Gregory M. Sleet

cc:   AUSA Beth Moskow-Schnoll
      AFPD Christopher Koyste