IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-109 GMS |
| | : |
| KRISTEN NOWACK | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named defendant is scheduled for **Wednesday, March 29, 2006, at 3:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, in chambers, 844 King Street, Wilmington, DE. Counsel need only appear for the scheduling conference.


March 23, 2006                                        /s/ Gregory M. Sleet
                                                                  UNITED STATES DISTRICT JUDGE