UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-109-GMS |
| | ) | |
| KRISTEN NOWACK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant, Kristen Nowack, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the June 30, 2006 sentencing hearing to a date in September 2006. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for June 30, 2006. The Defense seeks a continuance to obtain additional information that will allow the parties fully address all sentencing issues in this action.

2. AUSA Beth Moskow-Schnoll and USPO Jean M. Lubinski do not oppose this request for rescheduling of the sentencing hearing.

WHEREFORE, Ms. Nowack respectfully requests the Court to continue the sentencing hearing to a date in September 2006.

      /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Kristen Nowack

DATED: June 28, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on June 28, 2006 to:

    Beth Moskow-Schnoll, AUSA
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, AFPD
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Kristen Nowack