UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-109-GMS |
| ) | |
| KRISTEN NOWACK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this _____ day of _____, 2006, that Defendant Nowack's sentencing hearing is continued to a date to be determined in the future.

_____
The Honorable Gregory M. Sleet
United States District Court Judge