UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-109-GMS |
| | ) | |
| KRISTEN NOWACK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this 29th day of June, 2006, that Defendant Nowack's sentencing hearing is continued to ~~a date to be determined in the future.~~ September 7, 2006, at 10:00 a.m.

The Honorable Gregory M. Sleet
United States District Court Judge