UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 05-109-GMS |
| : | |
| KRISTEN NOWACK, : | |
| : | |
| Defendant, : | |

### MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Kristen Nowack, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the September 7, 2006 sentencing hearing to October 11, 2006 at 9:00 a.m. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for September 7, 2006. Council from the Government and the Defense was contacted yesterday by the United States Probation Office concerning new information which the Defense needs additional time to investigate and issue a response. Thus, Ms. Nowack seeks a continuance of the sentencing hearing.

2. AUSA Beth Moskow-Schnoll and USPO Jean M. Lubinsky do not oppose this request for rescheduling of the sentencing hearing to October 11, 2006 at 9:00 a.m.

**WHEREFORE**, Ms. Nowack respectfully requests the Court to continue the sentencing hearing to October 11, 2006 at 9:00 a.m.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Kristen Nowack

DATED: August 17, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on August 17, 2006 to:

Beth Moskow-Schnoll, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Kristen Nowack