UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-109-GMS |
| KRISTEN NOWACK, | : | |
| Defendant, | : | |

### ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this ___28th___ day of August 2006, that Defendant Nowack's sentencing hearing is continued to October 11, 2006 at 9:00 a.m.

```
                                          The Honorable Gregory M. Sleet
                                          United States District Court Judge
```

cc:   AUSA Beth Moskow-Schnoll
      USPO Jean M. Lubinsky